UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTIN ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFFS OFFICERS,<br><br>    Defendant. | Case No. 2:23-cv-09748-SB-PD<br><br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered December 15, 2023, Plaintiff Quintin Anderson's claims are DISMISSED without leave to amend.

    This is a final judgment.

Date: December 18, 2023

                                                Stanley Blumenfeld, Jr.
                                                United States District Judge